IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
03 AUG 28 PM 1:33
U.S. ... 
N.D. OF ALABAMA

ENTERED
AUG 28 2003

| | |
|---|---|
| CURTIS D. WILEY, | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-S-2937-NE |
| JUDGE DON L. HARDEMAN, SHERIFF TYLER RODEN, DISTRICT ATTORNEY LEN BROOKS, TED MANIS, and ROBERT LEE, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 5, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). On August 13, 2003, plaintiff filed a document entitled "Motion for Court to Enter on Docket," in which plaintiff asks that his case not be dismissed. The court will treat this document as plaintiff's objections to the magistrate judge's report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 28th day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE